**Electronically Filed**
**Supreme Court**
**SCWC-29993**
**18-MAR-2011**
**12:00 PM**

NO. SCWC-29993

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MICHAEL C. TIERNEY, Petitioner/Defendant-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 08-1-0869)

ORDER
(By: Nakayama, J. for the court[1])

Upon consideration of petitioner Michael C. Tierney's March 16, 2011 "motion under HRCP 60(b)" for relief from the March 7, 2011 order rejecting the application for a writ of certiorari, it appears that HRCP 60(b) is not applicable to the instant proceeding. Therefore,

IT IS HEREBY ORDERED that the March 16, 2011 motion is dismissed.

IT IS FURTHER ORDERED that the clerk of the appellate court shall not accept any further filings in SCWC-29993.

DATED: Honolulu, Hawai'i, March 18, 2011.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ. and Circuit Judge Pollack, assigned by reason of vacancy.